**Tom McAvity, 034403**
**Phoenix Fresh Start Bankruptcy**
**4602 E Thomas Rd, Ste S−9**
**PHOENIX, AZ 85028**
**Phone: 602-598-5075**
**Email: documents@phxfreshstart.com**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter: 13 |
| ANTHONY S SHANNON, SR., | Case No. 2:23-bk-00399-BKM |
| | **OBJECTION TO TRUSTEE'S RECOMMENDATION** |
| Debtor. | |

Comes now the above-named Debtor, ANTHONY S SHANNON, SR., by and through counsel of record and hereby objects to the Chapter 13 Trustee's Recommendation filed on April 25, 2023 docketed at docket no. 17. Debtor has not been able to fully comply with the Trustee's Recommendations and is still working to resolve the outstanding issues in order to comply with the Trustee's evaluation. Debtor represents the following in support of their motion:

1.      Debtor needs additional time to resolve recommendation item #2 with regards to the proof of claim filed by the Arizona Department of Revenue.

2.      Debtor needs additional time to resolve recommendation item #5.

## PRAYER FOR RELIEF

WHEREFORE, Debtors pray that the Court grant additional time, and grant Debtor until June 23, 2023 to comply with Trustee Recommendations.

Dated: May 24, 2023.

Respectfully submitted:

 /s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd
Phoenix AZ  85018
Attorney for Debtor

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was submitted on May 24, 2023 in the United States Bankruptcy Court for filing and transmittal of notice of electronic filing to the United States Trustee, the Chapter 13 Trustee and the ECF registrants, including counsel for each of debtors' mortgage creditors, appearing in this case.

By: /s/Tom McAvity